Affirmed and Memorandum Opinion filed March 12, 2009








Affirmed
and Memorandum Opinion filed March 12, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00366-CR

NO. 14-08-00367-CR

____________

 

RICHARD DEAN POWELL,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 338th District
Court

Harris County, Texas

Trial Court Cause Nos.
1077838 & 1089375

 



 

M E M O R A N D U M   O P I N I O N

A jury
convicted appellant of two counts of aggravated sexual assault.  In each case,
the trial court found the enhancement allegation true and on April 15, 2008,
sentenced appellant to confinement for life in the Institutional Division of
the Texas Department of Criminal Justice, the sentences to run concurrently.  See
Tex. Pen. Code ' 12.42(c)(2).  Appellant filed a notice of appeal in each
case.








Appellant=s appointed counsel filed a brief in
which he concludes the appeal in each case is wholly frivolous and without
merit.  The brief meets the requirements of Anders v. California, 386
U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of the
record and demonstrating why there are no arguable grounds to be advanced.  See
High v. State, 573 S.W.2d 807, 811-12 (Tex. Crim. App. 1978).

A copy
of counsel=s brief was delivered to appellant.  Appellant was advised of the right
to examine the appellate record and file a pro se response.  See Stafford v.
State, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991).  As of this date, more
than sixty days has elapsed and no pro se response has been filed.

In each
case, we have carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit.  Further, in each case we find no
reversible error in the record.  A discussion of the brief would add nothing to
the jurisprudence of the state.  We are not to address the merits of each claim
raised in an Anders brief or a pro se response when we have determined
there are no arguable grounds for review.  See Bledsoe v. State, 178
S.W.3d 824, 827-28 (Tex. Crim. App. 2005)

Accordingly,
the judgment of the trial court is affirmed in each case.

 

PER CURIAM

 

 

Panel consists of Justices Frost, Brown, and Boyce. 

Do Not Publish C Tex. R. App. P.
47.2(b).